*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

IRA O. KELLEY,

        Plaintiff-Appellant,

v

GENERAL MOTORS, LLC,

        Defendant-Appellee.

FOR PUBLICATION
January 14, 2021

No. 344005
MCAC
LC No. 17-000039

Before: BOONSTRA, P.J., and TUKEL and LETICA, JJ.

LETICA, J. (*concurring*).

        I concur in the result only.

                                        /s/ Anica Letica